Commonwealth ex rel. Gray, Appellant, *v.* Keenan.

Argued March 21, 1961. Before RHODES, P. J., ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ.

*John F. Sullivan,* for appellant.

*Amos Davis,* Assistant District Attorney, with him *Frank B. Warfel,* District Attorney, for appellee.

OPINION PER CURIAM, April 13, 1961:

The order of the court below is affirmed on the opinion of President Judge KLEPSER of the Court of Common Pleas of Blair County, as reported in 24 Pa. D. & C. 2d 201.